IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER FLORES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )     Case No. 14-cv-00503-JPG-PMF |
| | ) |
| RICHARD HARRINGTON, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 24) of Magistrate Judge Philip M. Frazier with regard to Plaintiff's Request for Preliminary Injunction (included in the Complaint at Doc. 1).  The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 24) and Plaintiff's Request for Injunctive relief is **DENIED** (included in the Complaint at Doc. 1).

The Court further **ORDERS** that the Defendants are directed to **SHOW CAUSE** on or before **November 17, 2014**, as to why the Plaintiff's personal property and legal effects cannot be returned to him.

**IT IS SO ORDERED.**

**DATED:**   10/20/2014

                                              s/J. Phil Gilbert  
                                              **J. PHIL GILBERT**  
                                              **United States District Judge**